UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BENJAMIN SPECTOR,

    Plaintiff,

v.                                             Case No: 2:17-cv-650-FtM-99CM

SUZUKI MOTOR OF AMERICA,
INC., AMERICAN SUZUKI MOTOR
CORPORATION and SUZUKI
MOTOR CORPORATION,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiff's Response to Suzuki Motor of America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 33) filed on March 19, 2018. Plaintiff states that he does not oppose the Motion. (Doc. 37). Therefore, the Court will grant the requested relief and terminate Defendant Suzuki Motor of America, Inc. from this action.

Accordingly, it is now

**ORDERED:**

Defendant Suzuki Motor of America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 33) is **GRANTED**.

1. All claims against Defendant Suzuki Motor of America, Inc. are dismissed without prejudice.

---

[1] Disclaimer: Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.

2. The Clerk is directed to remove Suzuki Motor of America, Inc. from the style of the case. The claims against the other Defendants remain.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of March, 2018.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record