UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BENJAMIN SPECTOR,

    Plaintiff,

v.                                                  Case No: 2:17-cv-650-FtM-99CM

SUZUKI MOTOR CORPORATION,

    Defendant.
_____/

### **ORDER**[1]

    This matter comes before the Court on Defendant's Motion to Dismiss Amended Petition for Discovery and Complaint (Doc. 40) filed on June 22, 2018. Plaintiff filed a Response in Opposition (Doc. 43) on July 6, 2018. For the reasons set forth below, the Motion is denied.

    Suzuki Motor Corporation's Motion to Dismiss argues for dismissal of the Amended Complaint (Doc. 17), however, the Court has already ruled on a previous motion to dismiss directed at the Amended Complaint (Doc. 29) and Plaintiff filed a Second Amended Complaint (Doc. 31) on February 13, 2018. "An amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment and is no longer part of the pleader's averments against his adversary." *Dresdner Bank AG,*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

*Dresdner Bank AG in Hamberg v. M/V OLYMPIA VOYAGER*, 463 F.3d 1210, 1215 (11th Cir. 2006) (citations omitted); *Fritz v. Standard Sec. Life Ins. Co.*, 676 F.2d 1356, 1358 (11th Cir.1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

In this case, once the Second Amended Complaint was filed, the Amended Complaint was superseded; therefore, the Motion to Dismiss the Amended Complaint that argues for dismissal on grounds that have already been remedied by Plaintiff, and for dismissal of counts which Plaintiff has already dropped, is due to be denied.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Dismiss Amended Petition for Discovery and Complaint (Doc. 40) is **DENIED**. Defendant's Answer is due within fourteen days of this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of August, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record